[No. 69449-9-I.   Division One.   April 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY ALEXANDER SCHUMACHER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 11-1-06184-8, Jim Rogers, J., entered August 31, 2012. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Appelwick, J.

[No. 70756-6-I.   Division One.   April 6, 2015.]

PAUL THOMAS CREWS, *Individually and as Personal Representative, Respondent*, v. AVCO CORPORATION, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-26602-0, Monica J. Benton, J., entered February 5, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Appelwick, J., concurred in by Cox and Dwyer, JJ.

[No. 70799-0-I.   Division One.   April 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES V. LEE, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 11-1-01967-0, David A. Kurtz, J., entered August 16, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Schindler, J., concurred in by Cox and Trickey, JJ.

[No. 70937-2-I.   Division One.   April 6, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL TIMOTHY LAVELY, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-02267-9, Janice E. Ellis, J., entered September 23, 2013. *Affirmed* by unpublished opinion per Leach, J., concurred in by Verellen, A.C.J., and Appelwick, J.